UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

Plaintiff,

v.

DAN DAVIS,

Defendant.

CASE NO. 3:26-CV-5098-JNW-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     In light of Plaintiff's ineligibility to proceed *in formal pauperis*, failure to pay the filing fee, and failure to comply with a Court order, this action is dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff to the Hon. David W. Christel.

**DATED** this 30th day of April, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1